UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SARA GONZALEZ,<br><br><br>　　　　　Defendant | CASE NO.:  21-cr-211-WQH<br><br>HON. WILLIAM Q. HAYES<br><br>ORDER TO CONTINUE JURY TRIAL |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motions in Limine and Jury Trial be continued from June 13, 2022 and June 14, 2022 until July 11, 2022 at 2 p.m. and July 12, 2022, at 9 a.m. respectively.  It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Jury Trial.

**SO ORDERED.**

Dated: June 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court